# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0301
LT Case No. 2020-CF-004499-A

_____

ALLISON NICOLE GREGOR,

　　　Appellant,

　　　v.

STATE OF FLORIDA,

　　　Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Hani Demetrious, of the Law Office of Robert David Malove, P.A.,
Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.


October 14, 2025

PER CURIAM.

　　　AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____